UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MacDermid, Inc.,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **Case No. 07cv1566 (JBA)** |
| : | |
| **Selle and Cookson Group,** : | |
|     **Defendants.** : | |

**SCHEDULING ORDER**

Pursuant to the colloquy with counsel on the record 11/5/07, the following schedule is ordered:

1. Jurisdictional discovery on the issue of Selle's employer will be completed by 11/13/07.

2. Plaintiff's opposition to defendants' motion to dismiss under 12(b)(5) will be filed by 11/15/07; defendants' reply will be filed by 11/26/07.

3. Plaintiff's request for alternative form of service under Rule 4(f)(3) and opposition to defendant's motion to dismiss for insufficiency will be filed by 11/13/07; defendants' reply will be filed by 11/20/07.

4. Defendants' memorandum in opposition to plaintiff's Motion for Injunctive Relief will be filed by 12/5/07; plaintiff's reply will be filed by 12/12/07. Hearing will commence 12/17/07, 9:00 a.m., Courtroom Two. Counsel will advise the Court of any scheduling conflicts for the week of 12/17/07.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 6th day of November 2007.**