```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

MacDermid, Incorporated,          :
    Plaintiff,                    :
                                  :
v.                                : Case No. 3:07cv1566(JBA)
                                  :
Raymond Selle and                 :
Cookson Group plc,                :
    Defendants.                   :

## SCHEDULING ORDER

As reflected on the record of the status conference held on December 17, 2007, it is hereby ORDERED that:

1. Defendant Raymond Selle's Motion to Dismiss under F.R.C.P. 12(b)(5) for Insufficiency of Process [Doc. # 15] is **DENIED**.

2. Plaintiff's Motion for Permission to Service Process by Other Means [Doc. # 35] is **GRANTED** with modification. Plaintiff shall promptly serve Defendant Selle by courier (e.g., FedEx) at his Sao Paulo address.

3. Defendant Cookson's Motion to Dismiss under F.R.C.P. 12(b)(5) for Insufficiency of Process [Doc. # 24] is **DENIED** without prejudice.

4. Defendants' motions to dismiss pursuant to Rule 19 [Docs. # 17, 27] are taken under advisement.

5. A hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction [Doc. # 4]

is tentatively scheduled for **January 30 and 31, 2008.**
Defendant Selle shall submit his opposition brief by
**January 18, 2008.**  Plaintiff's reply is due **January 24,
2008.**

        IT IS SO ORDERED.

        /s/
        Janet Bond Arterton
        United States District Judge

**Dated at New Haven, Connecticut this 18th day of December, 2007.**