IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------X
                                                      :
MacDERMID, INC.                                       :      3:07 CV 1566 (JBA)
                                                      :
                                                      :
V.                                                    :
                                                      :
RAYMOND SELLE & COOKSON GROUP                         :      DATE: FEBRUARY 11, 2009
plc                                                   :
------------------------------------------------------X
```

MEMORANDUM OF TELEPHONIC DISCOVERY CONFERENCE

Date of Conference:   February 11, 2009

Attorneys Present:    Ann H. Rubin, Esq.
                      (For Plaintiff)

                      John J. Bogdanski, Esq.
                      (For Defendant Selle)

                      R. Bart Totten, Esq.
                      Kyle M. Zambarano, Esq.
                      (For Defendant Cookson)

DISCUSSIONS

_____Counsel agreed to the deadlines set forth below.

ORDERS

1. By agreement of counsel, plaintiff will provide a damages analysis to defendants **on or before February 17, 2008**.  A courtesy copy should be provided to the Magistrate Judge's Chambers as well.

2. By further agreement of counsel, a continued settlement conference will be held before this Magistrate Judge on **March 4, 2009, at 10:00 a.m.**

3. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 11th day of February, 2009.

                                                            /s/Joan Glazer Margolis, USMJ
                                                            Joan Glazer Margolis
                                                            United States Magistrate Judge